IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES EVERETTE HINTON,            )
                                    )
                Plaintiff,           )
                                    )
        v.                          )       1:25CV711
                                    )
JOSHUA STEIN et al.,                )
                                    )
                Defendants.          )

## ORDER

On August 13, 2025, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 6.).

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new action, on the § 1983 forms, which corrects the defects.

                                    /s/   Thomas D. Schroeder
                                    United States District Judge
January 12, 2026