IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

CHARLES EVERETTE HINTON,           )
                                   )
            Plaintiff,             )
                                   )
      v.                           )      1:25CV711
                                   )
JOSHUA STEIN et al.,               )
                                   )
            Defendants.            )

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment,

IT IS THEREFORE ORDERED AND ADJUDGED that this action is DISMISSED *sua sponte* without prejudice to Plaintiff filing a new action, on the § 1983 forms, which corrects the defects.

                              /s/   Thomas D. Schroeder
                              United States District Judge

January 12, 2026